IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACKIE VAIL on behalf of
PRINCESS VAIL                                                                                               PLAINTIFF

v.                                            3:06CV00131 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 22nd day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE